CATHERINE BINGHAM and JAMES J. BINGHAM, Respondents, v. HOWARD S. PALMER and Others, Appellants.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that the finding of the jury that plaintiff was free from contributory negligence was against the weight of the credible evidence. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

OCTAVIA SIMON, Respondent, v. ARTHUR SIMON, Appellant.— Orders unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CITY BANK FARMERS TRUST COMPANY, as Trustee under Two Deeds of Trust Dated August 15, 1919, Made by WILLIAM WALDORF ASTOR for JOHN JACOB ASTOR and WALDORF ASTOR, Appellant, v. THE PARK AVENUE OPERATING COMPANY, INC., Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT ZARCCO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

VIRGINIA FITZSIMMONS and THOMAS FITZSIMMONS, Appellants, v. MORRIS BUDA and AARON BUDA, Doing Business as M. BUDA AND SON, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

RAYMOND J. KINNERE, Doing Business under the Firm Name and Style of EXCEL METAL PRODUCTS COMPANY, Respondent, v. MONTGOMERY WARD & CO., INCORPORATED, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

PAULINE GINSBURG and ABRAHAM GINSBURG, Respondents, v. FEDERAL RESERVE BANK OF NEW YORK, Defendant, Impleaded with THE ÆTNA INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARY B. HARTSHORNE, Respondent, v. HAROLD HARTSHORNE, Appellant.— Order unanimously modified by reducing the alimony to be paid to the plaintiff to $1,000 a month, payable in advance as of March 18, 1940, and by reducing the counsel fee to to be paid to the attorney for the plaintiff to $500. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of MAURICE LETTEAU, an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

## (June 9, 1941.)

RUTH LEASING CORP., Respondent, v. ERNDOLPH REALTY CORP., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within five days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ,